## Commonwealth *v.* Bottone, Appellant.

Argued April 11, 1966. *Sigmund L. Bloom,* with him *Milton D. Rosenberg,* and *Bloom, Bloom, Rosenberg & Bloom,* for appellant; *Arnold W. Hirsch,* First Assistant District Attorney, with him *Harold V. Fergus,* District Attorney, for Commonwealth, appellee.

PER CURIAM : The judgment of sentence is affirmed and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part of it which had not been performed at the time the appeal was made a supersedeas.

HOFFMAN, J., dissents and would grant a new trial.

## Commonwealth *v.* Gallaher et al., Appellants.

Argued April 12; reargument refused August 16, 1966. *Marvin L. Wilenzik,* for appellants; *Frederick F. Bionaz,* District Attorney, with him *W. Louis Coopersmith,* Assistant District Attorney, for Commonwealth, appellee.

PER CURIAM : The six judges who heard the argument of this appeal being equally divided in opinion, the judgments of sentence of the court below are affirmed.

WATKINS, J., absent.